Ella S. Carle, Respondent, v. Harry H. Frazee, Impleaded with George

App. Div.]　　　　　　First Department, April, 1913.

W. Lederer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.